IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAILY ACCESS CORPORATION, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 12-0217-KD-B |
| GAEDEKE HOLDINGS, LTD., | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 6, 2012 is **ADOPTED** as the opinion of this Court.

Accordingly, defendant's motion to dismiss for lack of personal jurisdiction is **GRANTED** and this action is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this 28th day of December, 2012.

      s/ Kristi K. DuBose
      KRISTI K. DuBOSE
      UNITED STATES DISTRICT JUDGE