IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAILY ACCESS CORPORATION, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 12-0217-KD-B |
| GAEDEKE HOLDINGS, LTD., | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order entered this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice.**

**DONE** and **ORDERED** this 28th day of December, 2012.

    s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE